IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 7:21-CV-00026-BO

| | |
|---|---|
| KALI BOALT-BRITTAIN, <br><br> Plaintiff, <br><br> vs. <br><br> ADVANCE STORES COMPANY, INCORPORATED d/b/a ADVANCE AUTO PARTS, <br><br> Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

NOW COME Plaintiff Kali Boalt-Brittain ("Plaintiff") and Defendant Advance Store Incorporated d/b/a Advance Auto Parts ("Defendant") and pursuant to Rule 41(a)(1)(A)(ii) stipulate that Plaintiff's Second Claim for Relief for alleged violation of the FLSA is hereby dismissed *with prejudice*. Each party will bear their own costs.

Respectfully submitted this the 12th day of August, 2021.

| GESSNERLAW, PLLC | JACKSON LEWIS P.C. |
|---|---|
| BY: */s/ L. Michelle Gessner* <br> L. MICHELLE GESSNER <br> N. C. State Bar No. 26590 <br> Nicole K. Haynes <br> N. C. State Bar No. 47793 <br> *Attorney for Plaintiff* <br> 1213 Culbreth Drive, Suite <br> Wilmington, NC 28405 <br> Telephone: (844) 437-7637 <br> Facsimile: (980) 206-0286 <br> Email: michelle@mgessnerlaw.com <br> Email: nicole@mgessnerlaw.com | BY: */s/ Ann H. Smith* <br> ANN H. SMITH <br> N. C. State Bar No. 23090 <br> JEREMY D. LOCKLEAR <br> N.C. State Bar No. 50842 <br> *Attorneys for Defendant* <br> 3737 Glenwood Avenue, Suite 450 <br> Raleigh, NC 27612 <br> Telephone: (919) 760-6460 <br> Facsimile: (919) 760-6461 <br> Email: Ann.Smith@jacksonlewis.com <br> Email: Jeremy.Locklear@jacksonlewis.com |