IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 7:21-CV-00026-BO

| | |
|---|---|
| KALI BOALT-BRITTAIN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ADVANCE STORES COMPANY, )<br>INCORPORATED d/b/a ADVANCE )<br>AUTO PARTS, )<br>)<br>Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

NOW COME Plaintiff Kali Boalt-Brittain ("Plaintiff") and Defendant Advance Store Incorporated d/b/a Advance Auto Parts ("Defendant") and pursuant to Rule 41(a)(1)(A)(ii) stipulate that all of Plaintiff's claims against Defendant in this lawsuit are hereby dismissed *with prejudice*. Each party will bear their own costs.

Respectfully submitted this the 18th day of August, 2021.

GESSNERLAW, PLLC

BY: */s/ L. Michelle Gessner*
    L. MICHELLE GESSNER
    N. C. State Bar No. 26590
    NICOLE K. HAYNES
    N. C. State Bar No. 47793
    *Attorney for Plaintiff*
    1213 Culbreth Drive, Suite
    Wilmington, NC 28405
    Telephone: (844) 437-7637
    Facsimile: (980) 206-0286
    Email: michelle@mgessnerlaw.com
    Email: nicole@mgessnerlaw.com

JACKSON LEWIS P.C.

BY: */s/ Ann H. Smith*
    ANN H. SMITH
    N. C. State Bar No. 23090
    JEREMY D. LOCKLEAR
    N.C. State Bar No. 50842
    *Attorneys for Defendant*
    3737 Glenwood Avenue, Suite 450
    Raleigh, NC 27612
    Telephone: (919) 760-6460
    Facsimile: (919) 760-6461
    Email: Ann.Smith@jacksonlewis.com
    Email: Jeremy.Locklear@jacksonlewis.com